JACKSON ELECTRIC MEMBERSHIP CORPORATION *v.* ECHOLS *et al.*

HAWKINS, Justice. All equity features which this case originally contained having been eliminated before it came to judgment in the trial court, and no ruling upon any question involving equity being presented for review, the Court of Appeals, and not this court, has jurisdiction of the writ of error. *Gilbert Hotel No.* 22 v. *Black,* 192 *Ga.* 641 (16 S. E. 2d, 435); *Martin* v. *Home Owners Loan Corp.,* 198 *Ga.* 288, 291 (31 S. E. 2d, 407); *Standard Accident Ins. Co.* v. *Fowler,* 204 *Ga.* 861 (51 S. E. 2d, 847).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17422. MARCH 12, 1951.

*George W. Westmoreland,* for plaintiff.
*R. Howard Gordon* and *Rupert A. Brown,* for defendants.